**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| ElectraLED, Inc.,<br><br>       Plaintiff,<br><br>     v.<br><br>Chauvet & Sons, LLC,<br><br>       Defendant. | Case No. 2:24-cv-511-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

## PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO STAY PENDING *INTER PARTES* REVIEW (DKT. 43)

Plaintiff ElectraLED, Inc. ("ElectraLED" or "Plaintiff") files this response to Defendant Chauvet & Sons, LLC's ("Chauvet") ("Defendant") Motion to Stay Pending *Inter Partes* Review (Dkt. 43) (the "Motion"). The same relief was sought and dismissed as premature in the related case, ElectraLED, Inc. v. Astera LED Technology GmbH, Astera Manufacturing Limited, and Astera Distribution Limited, Case No. 2:24-cv-00512-JRG-RSP, Dkt. 47. There, this Court ruled that "[t]he "universal practice" in this District, as well as the practice of most district courts, is to deny a motion for stay when the Patent Trial and Appeal Board has not yet acted on a petition for *inter partes* review. *Trover*, 2015 WL 1069179, at *6 (collecting cases); *see also Peloton Interactive*, 2019 WL 3826051, at *2 (citation omitted). The reasoning behind this is that unless the Board indicates there is a serious chance it will invalidate all the asserted claims, the Court will not needlessly wait to rule on the remaining asserted claims." Dkt. 47 at 1.

As in the Astera case, here, the Board has not instituted *inter partes* review on the asserted patent in this case. *See* Dkt. No. 43 at 4 and 5. For these reasons, the Motion should be denied as premature.

Date: June 26, 2025

/s/ Christopher A. Honea
Christopher A. Honea
   Texas Bar No. 24059967
   chonea@ghiplaw.com

**GARTEISER HONEA, PLLC**
119 W. Ferguson Street
Tyler, Texas 75702
Telephone: (903) 705-7420
Facsimile: (903) 405-3999

**ATTORNEYS FOR PLAINTIFF**

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on June 26, 2025, I caused to be electronically-filed the foregoing document with the Clerk of Court using the Court's CM/ECF system. As such, this document was served on all counsel who are deemed to have consented to electronic service.

*/s/ Christopher A. Honea*
Christopher Honea