# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISON

| | |
|---|---|
| ELECTRALED, INC., <br><br>　　　　Plaintiff, <br><br>　　v. <br><br>CHAUVET & SONS, LLC, <br><br>　　　　Defendant. | Case No. 2:24-cv-00511-JRG-RSP <br><br> JURY TRIAL DEMANDED |

**DEFENDANT'S NOTICE OF COMPLETED BRIEFING AND RIPENESS REGARDING ITS RENEWED MOTION TO DISMISS OR TRANSFER FOR IMPROPER VENUE AND TO DISMISS FOR FAILURE TO STATE A CLAIM (DKT. 20)**

On October 15, 2024, Defendant Chauvet & Sons LLC ("Defendant" or "Chauvet") filed a renewed motion to dismiss or transfer for improper venue under Rule 12(b)(3) and to dismiss for failure to state a claim under Rule 12(b)(6). *See* Dkt. 20. Briefing on Chauvet's renewed motion was completed on March 5, 2025, after a 75-day venue discovery period. *See* Dkt. 35.

On May 24, 2025, Plaintiff ElectraLED Inc. ("Plaintiff" or "ElectraLED") filed an opposed motion for leave to reply on deposition testimony in responsive briefing to Chauvet's renewed motion to dismiss, seeking to supplement venue record. *See* Dkt. 41. On May 30, 2025, Chauvet filed its opposition to Plaintiff's motion (Dkt. 42). Plaintiff filed its reply in support of its motion for leave on June 6, 2025 (Dkt. 45), and Chauvet filed its sur-reply on June 9, 2025 (Dkt. 47).

Accordingly, Chauvet files this notice of completed briefing in respect of its motion to dismiss, and hereby respectfully notifies the Court that the issue of whether venue is proper in this District as to Chauvet is ripe for ruling. A Claim Construction Hearing is currently scheduled for October 31, 2025. *See* Dkt. 17. To the extent a hearing on venue issues would be helpful for the Court, Chauvet is available for such hearing at the Court's convenience.

Dated: July 7, 2025

Respectfully submitted,

*/s/ Joseph J. Raffetto*

**HOGAN LOVELLS US LLP**
Joseph J. Raffetto
Scott Hughes
555 Thirteenth St, NW Washington, DC 20004
Telephone: (202) 637-5703
Facsimile: (202) 637-5910
Email: joseph.raffetto@hoganlovells.com
Email: scott.hughes@hoganlovells.com

Yi (Sally) Zhang
4 Embarcadero Ctr #3500
San Francisco, CA 94111
Telephone: (415) 374-2300
Facsimile: (415) 374-2499
Email: yi.zhang@hoganlovells.com

**POTTER MINTON, PC**
Michael E. Jones
Shaun W. Hassett
102 N College, Suite 900
Tyler, TX 75702
Tel: (903) 597-8311
Fax: (903) 593-0846
Email: mikejones@ptterminton.com
Email: shaunhassett@potterminton.com

*Counsel for Defendant Chauvet & Sons, LLC*

## **CERTIFICATE OF SERVICE**

I certify that on July 7, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*/s/ Ky-Yen Wong*
Ky-Yen Wong

3