UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ELECTRALED, INC.,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ASTERA LED TECHNOLOGY GMBH, et al.,<br><br>　　　　Defendants. | Case No. 2:25-cv-583-JRG-RSP<br>(Lead Case) |
| ELECTRALED, INC.,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CHAUVET & SONS, LLC,<br><br>　　　　Defendant. | Case No. 2:25-cv-584-JRG-RSP<br>(Member Case) |
| ElectraLED, Inc.,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>Astera LED Technology GmbH, Astera Manufacturing Limited and Astera Distribution Limited,<br><br>　　　　Defendants. | Case No. 2:24-cv-00512-JRG-RSP |
| ElectraLED, Inc.,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>Chauvet & Sons, LLC,<br><br>　　　　Defendant. | Case No. 2:24-cv-511-JRG-RSP |

## ORDER GRANTING MOTION TO CONSOLIDATE

Having considered the Motion for Consolidation filed by Plaintiff ElectraLED, Inc. ("ElectraLED" or "Plaintiff"), the Court is of the opinion that the motion is well taken and should be GRANTED. It is therefore ORDERED that the cases are consolidated for pretrial purposes.

Accordingly, it is ORDERED that Case No. 2:24-cv-00512-JRG-RSP and Case No. 2:24-cv-00511-JRG-RSP ("Member Cases") are hereby CONSOLIDATED into Case No. 2:25-cv-583-JRG-RSP ("Lead Case") for all pretrial issues.

The Clerk is instructed to add the consolidated Defendants into the Lead Case and their corresponding Lead and Local Counsel only. Additional counsel may file a Notice of Appearance in the Lead Case if they wish to continue as counsel of record in the lead consolidated action. Counsel who has appeared *pro hac vice* in any member case may file a Notice of Appearance in the Lead Case without filing an additional application to appear *pro hac vice* in the Lead Case. Counsel who have not appeared in a member case at the point when it is consolidated into the Lead Case should file a Notice of Appearance only in the Lead Case, and such Notice should state the relevant member case.