# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| ELECTRALED, INC., | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CASE NO. 2:24-CV-00511-JRG-RSP |
| CHAUVET & SONS, LLC, | § § § | |
| *Defendant*. | § | |

## ORDER

Before the Court is Plaintiff's Unopposed Motion to Withdraw Motion to Compel, Dkt. No. 65. **Dkt. No. 67**. Having considered the Motion, and noting its unopposed nature, the Court finds that it should be and hereby is **GRANTED**.

Accordingly, it is hereby **ORDERED** that Plaintiff's Motion to Compel, Dkt. No. 65, is withdrawn.

**SIGNED this 29th day of October, 2025.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE